UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PIERRE MARTIN MURPHY,

    Petitioner,

v.                                    Case No. 11-12285

KENNETH T. McKEE,

    Respondent.
                                       /

**JUDGMENT**

In accordance with the court's September 20, 2012, "Opinion and Order Denying Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Kenneth McKee and against Petitioner Pierre Murphy.  Dated at Detroit, Michigan, this 20th day of September, 2012.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                  BY: s/Lisa Wagner
                                       Lisa Wagner, Deputy Clerk
                                       and Case Manager to
                                       Judge Robert H. Cleland